# Court of Appeals
# of the State of Georgia

ATLANTA,  June 27, 2019

*The Court of Appeals hereby passes the following order:*

## A19D0508.  MARQUISE ALI ROBBINS v. GREGORY C. DOZIER, et al.

Marquise Ali Robbins filed a motion to set aside the trial court's order granting the motion for summary judgment filed by the Commissioner of the Georgia Department of Corrections on Robbins's petition for a writ of mandamus.  The trial court granted Robbins's motion because Robbins did not receive proper notice and reentered the order granting summary judgment in an order dated April 11, 2019.  On June 7, 2019, Robbins filed this pro se application for discretionary review of the trial court's order. We lack jurisdiction.

The application materials show that Robbins failed to submit a file-stamped copy of the order he seeks to appeal, in violation of Court of Appeals Rule 31 (c). Consequently, on June 12, 2019, we ordered Robbins to supplement his application within ten days with a stamped "filed" copy of the order to be appealed.  We indicated that failure to comply with this directive would result in dismissal of the application. Robbins filed a response to the order indicating that he had already filed a stamped copy of the order, but he did not.  Without the stamped "filed" copy of the order, we cannot ascertain if the application was filed within 30 days, which is a jurisdictional requirement.[1]  See OCGA § 5-6-35 (d); *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). Accordingly, Robbins's application is hereby DISMISSED.

---

[1] Although the order included with the application does not contain a stamped "filed" date, it was signed by the judge on April 11, 2019.  Based on that date, the application is untimely.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, 06/27/2019*
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

        *Stephen E. Castlen*    *, Clerk.*